FILED
JUL 22 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES ALONZO YANCY,<br><br>          Defendant. | 2:12-CR-300-PMP-(GWF) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT CHARLES ALONZO YANCY**

On April 8, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant CHARLES ALONZO YANCY to the United States of America. Superseding Criminal Indictment, ECF No. 27; Plea Agreement, ECF No. 29; Change of Plea Minutes, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 33.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 33) is final as to defendant CHARLES ALONZO YANCY.

DATED this 22nd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE