# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-300-PMP-(GWF) |
| CHARLES ALONZO YANCY, | ) ) |
| Defendant. | ) ) |

## FINAL ORDER OF FORFEITURE

On April 8, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant CHARLES ALONZO YANCY to the criminal offense, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant CHARLES ALONZO YANCY pled guilty. Superseding Criminal Information, ECF No. 27; Plea Agreement, ECF No. 29; Change of Plea Minutes, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 33.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 25, 2013, through June 23, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Glock, model 21, .45 caliber pistol with serial number LEP435 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 31st day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Final Order of Forfeiture on July 31, 2013, by the below identified method of service:

CM/ECF:

Rachel Korenblat
Renee Valladares
Federal Public Defenders
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: rachel_korenblat@fd.org
Email: rene_valladares@fd.org
*Attorneys for Charles Alonzo Yancy*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist