Prob12B
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

**REQUEST WITHDRAWL OF VIOLATION PETITION**
**April 29, 2021**

Name of Offender: **Charles Alonzo Yancy**

Case Number: **2:12CR00300**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **July 22, 2013**

Original Offense: **Possession of Stolen Firearm**

Original Sentence: **120 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **March 19, 2021**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

**PETITIONING THE COURT**

☒ **To withdraw, without prejudice, petition for a summons for offender under supervision, filed on March 24, 2021, (ECF No. 51).**

**CAUSE**

On July 22, 2013, Yancy was sentenced to 120 months custody, followed by three years of supervised release for committing the offense of Possession of Stolen Firearm. Supervised release commenced on March 19, 2021, in the District of Nevada.

On March 26, 2021, Your Honor issued a summons after it was reported Yancy was arrested for the charges of Intimidation of Public Officers/Others, W/TOF, First Offense, in violation of NRS 199.300.3A; a Felony, False Statement to/Obstruct Public Officer, in violation of NRS 197.190; a Misdemeanor, and Trespass, Not Amounting to Burglary, in violation of NRS 207.200; also, a Misdemeanor. The Nevada Court case number is 21PC013621.

On April 13, 2021, Yancy attended an Initial Appearance via summons before the Honorable Magistrate Judge Brenda Weksler. At the conclusion of the hearing, Yancy was not detained, and a revocation hearing was set for May 6, 2021.

Prob12B
D/NV Form
Rev. June 2014

Concluding a review of the register of actions for case number 21PC013621, it was determined that the District Attorney denied prosecution on March 25, 2021, and all charges were dismissed.

Due to the above charges being dismissed, it is respectfully requested that the violation petition filed on March 24, 2021 be dismissed, and that the revocation hearing set for May 6, 2021, be vacated. The United States Attorney's Office and Federal Public Defenders Office agree with this request.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2021.04.29 12:28:32 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.04.29 12:26:15 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐     No Action.

☐     The extension of supervision as noted above.

☐     The modification of conditions as noted above

**X**     Other (please include Judicial Officer instructions below):

IT IS ORDERED that the petition at ECF No. 51 is deemed withdrawn without prejudice and the hearing on 5/6/2021 is VACATED.

_____
Signature of Judicial Officer

4/30/2021
_____
Date